Henry T. Jones, Respondent, v. The Commercial Travelers' Mutual Accident Association of America, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Joel Jones, Appellant, v. Oliver W. Ramsay, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Samuel Kapilowitz, an Infant, etc., Respondent, v. Menasseh J. Malament, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

John Kelly, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Charles Kennedy, Respondent, v. Ignatius Goldberg, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Silverius Koellhoffer, Respondent, v. Henry Hillebrand and Charles H. Schneider, Appellants, Impleaded with Andrew N. Petersen and Farragut Realty Company, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Wolf Kominsky, Appellant, v. The Franklin Society for Home Building and Savings, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

Tobias Krakower and Gerson Unger, Respondents, v. Benjamin Sel and Leon Lanrowitz, Appellants.— Order reversed, without costs, and motion for leave to serve amended answer granted on payment of thirty dollars trial fee, the case to retain its place on the calendar. No opinion. Hirschberg, P. J., Jenks, Rich and Miller, JJ., concurred; Gaynor J., dissented.

Robert Kreusch, Appellant, v. Werther & Rausch Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, for the error in striking out the evidence respecting the promise of the foreman, and that with such evidence in the case there was a question for the jury within the authority of *Rice* v. *Eureka Paper Co.* (174 N. Y. 385). Jenks, Gaynor and Miller, JJ., concurred; Burr and Rich, JJ., dissented.

Benjamin Lechtman, Appellant, v. Harry Simon, Respondent.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Robert S. Lenahan and Willet E. Hoysradt, as Administrators, etc., of Elizabeth Giraud, Deceased, Respondents, v. The First National Bank of Brooklyn, N. Y., Respondent, Impleaded with William Van Alen, as Adminis-